IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| HEATHER CATALINE, *on behalf of herself and all others similarly situated*,<br><br>    *Plaintiff*,<br><br>vs.<br><br>BEECHMONT BREWING, LLC, D/B/A WANDERING MONSTERS BREWING COMPANY,<br><br>    *Defendant*. | Case No. 1:23-cv-621<br><br>Judge Jeffery P. Hopkins |

## CONDITIONAL ORDER OF DISMISSAL

The Court has been advised by the Parties that this case has settled. *See* Doc. 9.

It is therefore **ORDERED** that this action is hereby **DISMISSED with prejudice**, provided that any of the parties may, upon good cause shown within **sixty (60) days**,[1] move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

Dated: October 3, 2024

                                                    Hon. Jeffery P. Hopkins
                                                  United States District Judge

---

[1] The Court notes that this period differs from the forty-five (45) day period referenced in the Court's Order granting the Parties' Joint Motion to Clarify. *See* Doc. 11. Via email correspondence, the Parties requested that the period to reopen be sixty days and the Court grants that request.